920

No. 1247. Stevens *v.* Frick. C. A. 2d Cir. Certiorari denied. *Simon H. Rifkind* for petitioner. *David B. Buerger* for respondent.

No. 1256. Dulaine *v.* United States. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1264. O'Brien et al. *v.* Great Northern Railway Co. et al. Sup. Ct. Mont. Certiorari denied. *Alfred B. Coate* for petitioners. *Edwin S. Booth* for respondents.

No. 1267. Scoleri *v.* United States. C. A. 7th Cir. Certiorari denied. *Frank G. Whalen* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1288. Arroyo *v.* Immigration and Naturalization Service. C. A. 7th Cir. Certiorari denied. *Nathan T. Notkin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1221, Misc. Velasquez *v.* Rhay, Penitentiary Superintendent. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way* and *Lee D. Rickabaugh,* Assistant Attorneys General, for respondent.

No. 1230, Misc. Herrington *v.* New York. Ct. App. N. Y. Certiorari denied.